CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT 2 5 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALFRED MILTON RIVERA, ) | |
| Petitioner, ) | Civil Action No. 7:05-cv-00638 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BLEDSOE, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2241, is construed as a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 and **DISMISSED** without prejudice as successive.

The Clerk shall strike the action from the active docket of the court, and send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 25th day of October, 2005.

Senior United States District Judge